**UNDER SEAL**

**FILED OCT -3 2019**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| KWASHIE SENAM ZILEVU, | ) Case No. 1:19-mj-430 |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KWASHIE SENAM ZILEVU,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Access Device Fraud, in violation of Title 18, United States Code, Section 1029(a)(5).

Date: October 2, 2019

/s/ JFA
John F. Anderson
United States Magistrate Judge
*Issuing officer's signature*

City and state: Alexandria, VA

Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/03/19, and the person was arrested on *(date)* 10/03/19
at *(city and state)* Woodbridge, VA.

Date: 10/03/19

*Arresting officer's signature*

Flannan Soden - Special Agent
*Printed name and title*