AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
KWASHIE SENAM ZILEVU ) Case No. 1:19-mj-430
)
*Defendant* )

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 10/09/2019

*Defendant's signature*

/s/ Christopher E. Brown

*Signature of defendant's attorney*

Christopher E. Brown, VSB 39852

*Printed name and bar number of defendant's attorney*

526 King St. Suite 213
Alexandria, VA 22314

*Address of defendant's attorney*

cbrown@brownfirmpllc.com

*E-mail address of defendant's attorney*

703-924-0223

*Telephone number of defendant's attorney*

703-997-2362

*FAX number of defendant's attorney*

Print   Save As...   Reset